

`

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-24-00013-CV

THE STATE OF TEXAS, Appellant

V.

FIVE "LONESTAR SKILL MACHINES" AND $2,867.85 IN
UNITED STATES CURRENCY, Appellees

On Appeal from the 336th District Court
Fannin County, Texas
Trial Court No. CV-23-46347

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef
Chief Justice Stevens dissenting without opinion

## MEMORANDUM OPINION

This is an appeal from the trial court's order granting a motion to return seized machines and the proceeds from those machines under cause number 06-24-00011-CV and denying the civil forfeiture petitions in cause numbers 06-24-00012-CV and 06-24-00013-CV.

The State filed a single brief in which it raises identical issues in each of the three pending appeals. We addressed those issues in detail in our opinion of this date in cause number 06-24-00011-CV.

Based on the reasoning in our opinion in cause number 06-24-00011-CV, issued on this same date, we likewise overrule the State's points of error in this matter.

We affirm the trial court's judgment.

Charles van Cleef
Justice

Date Submitted:     October 9, 2024
Date Decided:       April 30, 2025


STEVENS, C.J., dissents without opinion.